1004

[Nos. 33167-9-III; 33168-7-III.   Division Three.   September 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS COLLINS, *Appellant*.

Appeals from a judgment of the Superior Court for Franklin County, No. 12-1-50364-7, Michael G. McCarthy, J., entered February 23, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33251-9-III.   Division Three.   September 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALEXANDER TIGNER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 14-1-50498-4, Carrie L. Runge, J., entered March 24, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 33424-4-III.   Division Three.   September 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SARAH ELIZABETH HEIDT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-1-00761-8, Gayle M. Harthcock, J., entered April 30, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 33816-9-III.   Division Three.   September 20, 2016.]

*In the Matter of the Postsentence Review of* ANITA J. RADY.

Appeal from a judgment of the Superior Court for Garfield County, No. 15-1-00002-4, Tina L. Kernan, J. Pro Tem., entered July 9, 2015. *Remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.